**FILED**

JUL 0 1 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:08CR394-7 HEA |
| ) | |
| Bennett, Jacqueline ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Comes now, Shannon McAllister, U.S. Pretrial Services Officer, respectfully requests the conditions of release ordered on June 30, 2008, be modified to require the defendant to surrender all passports and refrain from obtaining any new passports.

_____
The Honorable Terry I. Adelman
Chief U.S. Magistrate Judge

Dated this __30__ day of __June__, 2008.